Yawn *v.* Bailey, State Tax Collector.

No. 39479        February 7, 1955        77 So. 2d 684

*W. Arlington Jones,* Hattiesburg, for appellant.

*Overton A. Currie,* Hattiesburg, for appellee.

Holmes, J.

This case is controlled by the decision in the case of P. D. Freeman v. Mrs. Thomas L. Bailey, State Tax Collector, No. 39,453, this day decided, and under the authority thereof, the decree of the court below is affirmed.

Affirmed.

*Roberds, P. J.,* and *Lee, Arrington* and *Ethridge, JJ.,* concur.